UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TENNESSEE
## WESTERN DIVISION

**ROBERT BONDS (PEEPLES)**          **JUDGMENT IN A CIVIL CASE**

v.

**SHELBY COUNTY, et al.**          **CASE NO: 05-2026-D**

**DECISION BY COURT.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED** that in accordance with the Order Of Dismissal entered on May 13, 2005, this cause is hereby dismissed.

APPROVED:

**BERNICE B. DONALD**
**UNITED STATES DISTRICT COURT**

May 18, 2005
Date

ROBERT R. DI TROLIO
_____
Clerk of Court

_____
(By) Deputy Clerk

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 5-19-05



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 4 in case 2:05-CV-02026 was distributed by fax, mail, or direct printing on May 19, 2005 to the parties listed.

---

Robert Bonds
SHELBY COUNTY DETENTION CENTER
166115
1045 Mullins Station Road
Memphis, TN 38134

Honorable Bernice Donald
US DISTRICT COURT